# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TRICIA MEZZACAPPA, | : | No. 339 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| NORTHAMPTON COUNTY, | : | |
| | : | |
| Petitioner | : | |
| | | |
| TRICIA MEZZACAPPA, | : | No. 340 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| NORTHAMPTON COUNTY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of June, 2024, the Petitions for Allowance of Appeal are

**GRANTED**.  The issues, rephrased for clarity are:

(1)    Did the Commonwealth Court, in this matter of first impression, erroneously determine that a mug shot was not an "identifiable description," which cannot be disclosed by a non-law enforcement criminal justice agency pursuant to the Criminal History Information Act (CHRIA), 18 Pa. C.S. §§ 9101-9183?

(2)    Should the Commonwealth Court have remanded this matter to the trial court to balance the privacy interests of the individuals, whose

mug shots are at issue in this matter, under Article I, Section 1 of the Pennsylvania Constitution, PA Const. art. I, § 1, against the public's interest in dissemination of the mug shots as informed by this Court's decision in *Pennsylvania State Education Association v. Department of Community and Economic Development*, 148 A.3d 142 (Pa. 2016)?

The Prothonotary is directed to submit these matters on the briefs.